**COMMONWEALTH of Pennsylvania, DEPARTMENT OF LABOR AND INDUSTRY, Respondent**

v.

**Kathryn SIMPSON, Petitioner**

**No. 695 MAL 2016**

Supreme Court of Pennsylvania.

February 21, 2017

## ORDER

PER CURIAM

AND NOW, this 21st day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**AMERICAN BODY CARE, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (KMART CORPORATION and Sedgwick Management Services), Respondents**

**No. 708 MAL 2016**

Supreme Court of Pennsylvania.

February 21, 2017

## ORDER

PER CURIAM

**AND NOW,** this 21st day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**